Burton *et al. v.* State, *ex rel.* Baker *et al.*

No. 12,917.

## BURTON ET AL. *v.* STATE, EX REL. BAKER ET AL.

From the Monroe Circuit Court.

*W. P. Rogers* and *J. E. Henley,* for appellants.

*J. H. Louden, R. W. Miers, J. W. Buskirk* and *H. C. Duncan,* for appellees..

HOWK, J.—By the record of this cause and the errors assigned thereon by appellants, substantially the same questions are presented for decision as those which were considered and decided by this court, at its present term, in *Strieb* v. *Cox, ante,* p. 299.

Upon the authority of the case cited, and for the reasons there given, the judgment below in the cause now before us is affirmed, with costs.

Filed June 22, 1887.